| United States Bankruptcy Court
Eastern District of Tennessee | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Gary Phillips Construction, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-4991898** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):
**235 Allison Cove Trail**
**Piney Flats, TN**
ZIP CODE **37686** | Street Address of Joint Debtor (No. & Street, City, and State):
ZIP CODE |
| County of Residence or of the Principal Place of Business:
**Sullivan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
ZIP CODE | Mailing Address of Joint Debtor (if different from street address):
ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):
ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 ( *amount subject to adjustment on 4/01/13 and every three years thereafter* ). _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Gary Phillips Construction, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❑  Exhibit A is attached and made a part of this petition. | **X  Not Applicable**<br>_____<br>   Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ❑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
| *(This page must be completed and filed in every case)* | Gary Phillips Construction, LLC |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
_____
Signature of Debtor

X  **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney

X  **/s/Fred M. Leonard**
_____
Signature of Attorney for Debtor(s)

**Fred M. Leonard  Bar No.  001525**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Fred M. Leonard**
_____
Firm Name

**27 Sixth Street Bristol, TN  37620**
_____
Address

**(423) 968-3151          (423) 968-7221**
_____
Telephone Number

**12/3/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Gary Phillips**
_____
Signature of Authorized Individual

**Gary Phillips**
_____
Printed Name of Authorized Individual

**Sole-Member**
_____
Title of Authorized Individual

**12/3/2010**
_____
Date

</td>
</tr>
</table>

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Tennessee**

In re:  **Gary Phillips Construction, LLC** _____,        Case No. _____

                                    Debtor                                                                    (If known)


# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **918,900.00** | **Gross receipts** | **2008** |
| **46,123.00** | **Gross Income** | **2009** |

---

### 2.  Income other than from employment or operation of business

None  
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None  
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐   filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Preston Menees Specialty vs. Gary Phillips Construction    28943 | collection | General Sessions Court Circuit Court of Washington County | appealed 11/9/10 |
| Regions Bank vs. Gary Phillips Construction, Gary Phillips, Karla Phillips and Probuild Co.    C0017495 | Complaint for reformation and/or reinstatement of Deed of Trust, Complaint for Breach of Contract | Chancery Court For Sullivan Co. Tenn at Blountille | filed on 11/16/10 |
| Ronnie E. Childress d/b/a Childress Heating,  AC & Refrigeration vs. Gary Phillips Construction    C92871 | collection | Sullivan County, TN General Sessions Court | Counterclaim |
| Arthus S. Roberts, Jr. d/b/a Country Aire Construction vs. Gary Phillips Construction LLC and Phillips Rental Properties, LLC    27952 | collection | Law court of Johnson City For Washington County | Mechanics Lien filed |
| Probuild Company, LLC  vs. Gary Phillips construction, LLC    27492 | collection/judgment entered | Carter County Chancery Court Elizabethton, TN | judgment entered |
| Delta Gypsum vs. Gary Phillips Construction | collection | General Sessions Court Circuit Court of Washington Co. | Appealed |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within  **one year**
☑   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑   foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None

☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None

☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None

☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None

❑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fred M. Leonard**<br>**27 Sixth Street**<br>**Bristol, TN  37620** | **See Disclosure of Attorney** | **See Disclosure of Attorney** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

### 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS                    DESCRIPTION AND VALUE
OF OWNER                           OF PROPERTY                  LOCATION OF PROPERTY

### 15. Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                            NAME USED                    DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.     List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

SITE NAME AND            NAME  AND ADDRESS         DATE OF           ENVIRONMENTAL
ADDRESS                  OF GOVERNMENTAL UNIT      NOTICE            LAW

None

☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND            NAME  AND ADDRESS         DATE OF           ENVIRONMENTAL
ADDRESS                  OF GOVERNMENTAL UNIT      NOTICE            LAW

7

None ☑    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ☑    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

**Lewis & Associates, PC, CPA's**
**Princeton Prof. Bldg**
**136 Princeton Rd.**
**Johnson City, TN  37601**

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

8

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary Phillips** **235 Allison Cove Trail** **Piney Flats, TN  37686** | **sole member** | **100%** |

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

### 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☑    debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
       commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| | |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **12/3/2010**                    Signature  **s/ Gary Phillips**

                                                  **Gary Phillips, Sole-Member**
                                                  Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                _____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**B6A (Official Form 6A) (12/07)**

In re:   **Gary Phillips Construction, LLC**                                   Case No. _____

Debtor                                                                 (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **209 Chesterfield Dr, lot 19-Detention pond** | | | $ 1,500.00 | $ 0.00 |
| **221 Alta Tree Drive - lot 11 - Detention Pond** | | | $ 1,500.00 | $ 0.00 |
| **474 Grovemont Place - lot 42** | | | $ 42,000.00 | $ 0.00 |
| **478 Grovemont - Allison Hills #43** | | | $ 285,000.00 | $ 0.00 |
| **490 Grovemont Place - lot 103** | | | $ 60,000.00 | $ 0.00 |
| **494 Grovemont Place, lot 104** | | | $ 60,000.00 | $ 0.00 |
| **498 Grovemont Place, lot 46** | | | $ 60,000.00 | $ 0.00 |
| **Allison Hills #44 (482 Grovemont)** | | | $ 229,900.00 | $ 111,940.00 |
| **Allison Hills Subdivision Phase IV (11 lots)** | | | $ 418,600.00 | $ 267,097.00 |
| **Allison Hills Subdivision Phase V and VI (22 acres)** | | | $ 366,800.00 | $ 139,535.00 |
| **Allison Ridge subdivision - Lot 10 (984 Allison Rd)** | | | $ 178,000.00 | $ 139,939.40 |
| **Allison Ridge Subdivision - Lot 15 (952 Allison Rd)** | | | $ 309,000.00 | $ 158,960.00 |
| **Allison Ridge Subdivision - Lot 8 (spec house) (1000 Allison Rd)** | | | $ 187,900.00 | $ 139,200.00 |
| **Allison Ridge Subdivision - Lot 9 (Spec House) (992 Allison Rd)** | | | $ 175,000.00 | $ 148,000.00 |
| **Allison Ridge Subdivision, Piney Flats, TN (A&D Loan) - 12 lots** | | | $ 420,000.00 | $ 212,500.00 |
| **Brookside Village Subdivision development (never started site work)** | | | $1,290,000.00 | $ 363,229.04 |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Gary Phillips Construction, LLC**                                      Case No. _____

                          Debtor                                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Cardinal Forest - 11 lots** | | | $ 293,333.00 | $ 278,666.00 |
| **Cardinal forest - 4 spec houses** | | | $ 756,700.00 | $ 539,388.00 |
| **Cold Water Cove (28.5 acres, 7.5 acres, 6.6 acres)** | | | $1,518,568.00 | $1,022,292.00 |
| **Coldwater Cove, 309,313,317,321,325,341, 345, 349, 369, 373, 377, 381 385 and 389 Coldwater Dr** | | | $1,638,800.00 | $1,228,216.83 |
| **Indian Ridge - Church of God- Lot 7** | | | $ 20,300.00 | $      0.00 |
| **MB 27 Spec house (421 Brook Side Drive)** | | | $ 180,000.00 | $ 144,000.00 |
| **MB10 Spec House (410 Brook Side Dr)** | | | $ 171,000.00 | $ 71,897.15 |
| **MB13 Spec house (500 Clear Brook Dr)** | | | $ 225,200.00 | $ 77,964.31 |
| **MB14 Spec house (502 Clear Brook Dr)** | | | $ 194,900.00 | $ 48,186.91 |
| **MB28 Spec house (419 Brook Side Dr)** | | | $ 181,000.00 | $ 67,372.54 |
| **The Village at Beechwood Meadows Phase III- 22 lots** | | | $1,155,000.00 | $ 391,708.02 |
| **VB 71 spec house** | | | $ 45,560.00 | $      0.00 |
| **VB1 spec house** | | | $ 46,580.00 | $ 46,580.00 |
| **VB2 spec house plus extra lot 3** | | | $ 293,500.00 | $ 212,144.00 |
| **VB51 speck house** | | | $ 45,488.00 | $      0.00 |

**B6A (Official Form 6A) (12/07) - Cont.**

In re:   **Gary Phillips Construction, LLC**                                 Case No. _____

                          **Debtor**                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **VB52 speck house** | | | **$ 45,480.00** | **$    0.00** |
| **VB70 spec house** | | | **$ 45,480.00** | **$    0.00** |
| **Village at Beechwood - Phase 1, Sec. 2 (16 lots)** | | | **$ 720,000.00** | **$    0.00** |
| **Villas at the Old Mill - Gray, TN (431, 438, 444, 448, 449, 456 Old Grist Mill Blvd)** | | | **$1,153,300.00** | **$ 815,176.00** |

                                        Total   ➤   **$12,815,389.00**

                                            (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Gary Phillips Construction, LLC**                                      ,        Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Tennessee #1574811749 - Savings** | | 141.47 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of TN #113204** | | 860.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank #1085787 - checking** | | 15.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank #11311840 Savings** | | 5,576.28 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Commercial Bank  #160046614 - Savings** | | 25,026.51 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Commercial Bank #16023947 - Draw Account** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Elizabethton Federal #161250944 - business checking** | | 3,036.67 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Elizabethton Federal #561250303 - payroll checking** | | 54.63 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions #42720876 checking** | | 30.29 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Gary Phillips Construction, LLC**                                    ,          Case No. _____
                              Debtor                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions #52266559 Money Market** | | **468.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Gary Phillips Construction, LLC**                                        ,        Case No. _____
                          Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1986 AutoCar Dump Truck #0787** | | **7,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1986 Ford FD F8000 water truck #1095** | | **5,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford F250 Super Duty #8532** | | **13,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Redi Haul Trailer** | | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **1977 CAT 815 Compactor #0224** | | **26,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **1995 Caterpillar 320L Excavator #2751** | | **15,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **2000 Caterpillar D6-GRLX dozer #2871** | | **65,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **2002 Terex backhoe #5729** | | **12,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **2003 435 Mini Excavator #1073** | | **21,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **2004 T300 Bobcat #2772** | | **15,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **2005 Terex Track Drill #5E30** | | **95,000.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

**In re**  **Gary Phillips Construction, LLC** _____ ,          **Case No.** _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|:---:|---|:---:|---:|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **2007 Kent Hammer KF22QT #3537** | | **30,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **2007 Linkbelt Trackhoe #2376** | | **95,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **TBD - HB980 Breaker for 331/334** | | **4,100.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___3___  continuation sheets attached          Total  ➤        **$ 440,308.85**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  Gary Phillips Construction, LLC                                    Case No. _____
_____.                                           (If known)
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Citizens Bank<br>PO Box 1900<br>Elizabethton, TN  37643 | | | Deed of Trust<br>Cold Water Cove (28.5 acres, 7.5 acres, 6.6 acres)<br><br>VALUE $1,518,568.00 | | | | 1,022,292.00 | 0.00 |
| ACCOUNT NO.<br><br>Citizens Bank<br>PO Box 1900<br>Elizabethton, TN  37643 | | | Deed of Trust<br>Coldwater Cove, 309,313,317,321,325,341, 345, 349, 369, 373, 377, 381 385 and 389 Coldwater Dr<br><br>VALUE $1,638,800.00 | | | | 1,228,217.00 | 0.00 |
| ACCOUNT NO.<br><br>Commercial Bank<br>PO Box 400<br>Harrogate, TN   37752-0400 | | | Deed of Trust<br>Allison Hills Subdivision Phase V and VI (22 acres)<br><br>VALUE $366,800.00 | | | | 139,535.00 | 0.00 |
| ACCOUNT NO.<br><br>Commercial Bank<br>PO Box 400<br>Harrogate, TN   37752-0400 | | | Deed of Trust<br>Allison Hills Subdivision Phase IV (11 lots)<br><br>VALUE $418,600.00 | | | | 267,097.00 | 0.00 |

4    continuation sheets
     attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $   2,657,141.00 | $          0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Gary Phillips Construction, LLC _____.      Case No. _____

_____          _____
Debtor                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>De Lage Landen<br>PO Box 41601<br>P:hiladelphia, PA  19101 | | | Security Agreement<br>2007 Linkbelt Trackhoe #2376<br><br>VALUE $95,000.00 | | | | 71,000.00 | 0.00 |
| ACCOUNT NO.<br><br>De Lage Landen<br>PO Box 41601<br>Philadelphis, PA  19101-1601 | | | Security Agreement<br>2005 Terex Track Drill #5E30<br><br>VALUE $95,000.00 | | | | 80,000.00 | 0.00 |
| ACCOUNT NO.<br><br>First Bank & Trust<br>PO Box 1000<br>Abingdon, VA 24212 | | | Deed of Trust<br>Villas at the Old Mill - Gray, TN (431, 438, 444, 448, 449, 456 Old Grist Mill Blvd)<br><br>VALUE $1,153,300.00 | | | | 815,176.00 | 0.00 |
| ACCOUNT NO.<br><br>First TN Bank<br>PO Box 31<br>Memphis, TN  38101-0031 | | | Security Agreement<br>Brookside Village Subdivision development (never started site work)<br><br>VALUE $1,290,000.00 | | | | 363,229.00 | 0.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL  35246-0054 | | | Deed of Trust<br>MB13 Spec house (500 Clear Brook Dr)<br><br>VALUE $225,200.00 | | | | 77,964.31 | 0.00 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)                            $  1,407,369.31 $              0.00

Total  ➢
(Use only on last page)                         $                    $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Gary Phillips Construction, LLC** _____ .   Case No. _____

_____ **Debtor** _____   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL  35246-0054 | | | Deed of Trust<br>MB14 Spec house (502 Clear Brook Dr)<br><br>VALUE $194,900.00 | | | | 48,186.91 | 0.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL  35246-0054 | | | Deed of Trust<br>MB 27 Spec house (421 Brook Side Drive)<br><br>VALUE $180,000.00 | | | | 144,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL  35246-0054 | | | Deed of Trust<br>MB28 Spec house (419 Brook Side Dr)<br><br>VALUE $181,000.00 | | | | 67,372.54 | 0.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL  35246-0054 | | | Deed of Trust<br>The Village at Beechwood Meadows Phase III- 22 lots<br><br>VALUE $1,155,000.00 | | | | 391,708.02 | 0.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>PO Box 11407<br>Birmingham, AL  35246-0054 | | | Deed of Trust<br>VB1 spec house<br><br>VALUE $46,580.00 | | | | 46,580.00 | 0.00 |

Sheet no. _2_ of _4_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| $ | 697,847.47 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Gary Phillips Construction, LLC**                    ,          Case No. _____

_____

**Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 212,144.00 | 0.00 |
| Regions Bank PO Box 11407 Birmingham, AL  35246-0054 | | | Deed of Trust VB2 spec house plus extra lot 3 _____ VALUE $293,500.00 | | | | | |
| ACCOUNT NO. | | | | | | | 71,897.15 | 0.00 |
| Regions Bank PO Box 11407 Birmingham, AL  35246-0054 | | | Deed of Trust MB10 Spec House (410 Brook Side Dr) _____ VALUE $171,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 158,960.00 | 0.00 |
| Tri-Summit Bank PO Box 628 Kingsport, TN  37662 | | | Security Agreement Allison Ridge Subdivision - Lot 15 (952 Allison Rd) _____ VALUE $309,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 139,939.40 | 0.00 |
| Tri-Summit Bank PO Box 628 Kingsport, TN  37662 | | | Deed of Trust Allison Ridge subdivision - Lot 10 (984 Allison Rd) _____ VALUE $178,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 148,000.00 | 0.00 |
| Tri-Summit Bank PO Box 628 Kingsport, TN  37662 | | | Deed of Trust Allison Ridge Subdivision - Lot 9 (Spec House) (992 Allison Rd) _____ VALUE $175,000.00 | | | | | |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)                                   $  730,940.55  $  0.00

Total ➢
(Use only on last page)                              $                $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Gary Phillips Construction, LLC**                              .          Case No. _____

                                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Tri-Summit Bank <br>PO Box 628 <br>Kingsport, TN 37662 | | | Deed of Trust <br>Allison Ridge Subdivision, Piney Flats, TN (A&D Loan) - 12 lots <br><br>VALUE $420,000.00 | | | | 212,500.00 | 0.00 |
| ACCOUNT NO. <br><br>Tri-Summit Bank <br>PO Box 628 <br>Kingsport, TN 37662 | | | Deed of Trust <br>Allison Ridge Subdivision - Lot 8 (spec house) (1000 Allison Rd) <br><br>VALUE $187,900.00 | | | | 139,200.00 | 0.00 |
| ACCOUNT NO. <br><br>TruPoint <br>PO Box 1010 <br>Grundy, VA 24614 | | | Deed of Trust <br>Cardinal forest - 4 spec houses <br><br>VALUE $756,700.00 | | | | 539,388.00 | 0.00 |
| ACCOUNT NO. <br><br>TruPoint <br>PO Box 1010 <br>Grundy, VA 24614 | | | Deed of Trust <br>Cardinal Forest - 11 lots <br><br>VALUE $293,333.00 | | | | 278,666.00 | 0.00 |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 1,169,754.00 | $        0.00 |
| $ 6,663,052.33 | $        0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (4/10)**

In re    **Gary Phillips Construction, LLC**                                 Case No. _____
                              Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>4</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re   **Gary Phillips Construction, LLC**                                                  ,            Case No. _____

_____
Debtor                                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adam Brooks**<br>**444 Old Grist Mill**<br>**Gray, TN  37659** | | | **rental deposit** | | | | **800.00** | **800.00** | **$0.00** |
| ACCOUNT NO.<br>**Arlene Jarvis**<br>**c/o Crye-Leike Realtors**<br>**128 Princeton Rd., Suite #2**<br>**Johnson City, TN  37601** | | | **deposit for real estate contract (MB27 Brook Side Drive)** | | | | **3,000.00** | **3,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Barbara Marshall**<br>**341 Coldwater Drive**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,200.00** | **1,200.00** | **$0.00** |
| ACCOUNT NO.<br>**Betty Little**<br>**704 Willow Springs Rd.**<br>**Elizabethton,TN 37643** | | | **deposit for real estate contract - Riverstone Lot 6** | | | | **4,000.00** | **2,625.00** | **$0.00** |
| ACCOUNT NO.<br>**Bill and Angie Brown**<br>**c/o Stephanie Conner, Broker**<br>**128 Priceton Rd, Suite #2**<br>**Johnson City, TN  37601** | | | **deposit for real estate contract - AR15 - 952 Allison Road (non-refundable upgrades)** | | | | **20,000.00** | **2,425.00** | **$0.00** |
| ACCOUNT NO.<br>**Blake Cantwell**<br>**448 Old Grist Mill**<br>**Gray, TN  37659** | | | **rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |

Sheet no.  1  of  4  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

$ **30,000.00**    $ **11,050.00**    $    **0.00**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$                   $

B6E (Official Form 6E) (4/10) – Cont.

In re  **Gary Phillips Construction, LLC**                              ,        Case No. _____

_____                                                    (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elliott and Angelique Wellch<br>125 Bernie Lewis Road<br>Elizabethton, TN  37643** | | | **deposit for real estate contract MB13 - 500 Brook Side Drive (non-refundable upgrades)** | | | | **5,000.00** | **2,425.00** | **$0.00** |
| ACCOUNT NO.<br>**Harold Lynn Barnes<br>984 Allison Road<br>Piney Flats, TN  37686** | | | **rental deposit** | | | | **1,500.00** | **1,500.00** | **$0.00** |
| ACCOUNT NO.<br>**Jack Nuckolls<br>438 Old Grist Mill<br>Gray, TN  37659** | | | **rental deposit** | | | | **925.00** | **925.00** | **$0.00** |
| ACCOUNT NO.<br>**Janine Dischert<br>345 Coldwater Drive<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **1,400.00** | **1,400.00** | **$0.00** |
| ACCOUNT NO.<br>**Jason Hall<br>349 Coldwater Drive<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Jeremy Frazier<br>449 Old Grist Mill<br>Gray, TN  37659** | | | **rental deposit** | | | | **1,150.00** | **1,150.00** | **$0.00** |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **10,975.00** | $ **8,400.00** | $ **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Gary Phillips Construction, LLC** _____,    Case No. _____
                                                                          (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Josh White**<br>**309 Coldwater Drive**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,200.00** | **1,200.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Wagner**<br>**313 Coldwater Drive**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,675.00** | **1,675.00** | **$0.00** |
| ACCOUNT NO.<br>**Myreon Martin**<br>**325 Coldwater Drive**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Rebecca White**<br>**5 Shelldrake**<br>**Johnson City, TN  37601** | | | **deposit for real estate contract 77 Durham** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Robert Alworth**<br>**321 Coldwater Drive**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,375.00** | **1,375.00** | **$0.00** |
| ACCOUNT NO.<br>**William Barrett**<br>**431 Old Grist Mill**<br>**Gray, TN  37659** | | | **rental deposit** | | | | **1,075.00** | **1,075.00** | **$0.00** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ (Totals of this page) | **$ 7,325.00** | $ **7,325.00** / $ **0.00** |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ / $ |

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Gary Phillips Construction, LLC**                                ,        Case No. _____
                          Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Zach & Katherine fillers<br>1310 Woodbury Drive<br>Knoxville, TN  37912** | | | **deposit for real estate contract - AH44 - 482 Grovemont** | | | | **4,480.00** | **2,525.00** | **$1,955.00** |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **4,480.00** | $ **2,525.00** | $ **1,955.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **52,780.00** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **29,300.00** | $ **1,955.00** |

B6F (Official Form 6F) (12/07)

In re   **Gary Phillips Construction, LLC**                                    Case No. _____
                                         Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**31 W Insulation**<br>PO Box 306010<br>Nashville, TN  37230-6010 | | | | | | | 9,737.26 |
| ACCOUNT NO.<br><br>**A Grant Dunn**<br>**2602 Upper Middle Creek Rd.**<br>**Sevierville, TN 37876** | | | | | | | 6,500.00 |
| ACCOUNT NO.<br><br>**ABC Supply**<br>**301 Perimeter Point Blvd**<br>**Winston Salem, NC  27105-3543** | | | | X | X | X | 10,160.99 |
| ACCOUNT NO.<br><br>**All Seasons Insulation**<br>**501 Rolling Hills Drive**<br>**Johnson City, TN  37604-5353** | | | | | | | 5,254.00 |
| ACCOUNT NO.<br><br>**Arthus S. Roberts/Country Air**<br>**Construction**<br>c/o Thomas J. Seeley, III, Esq.<br>PO Box 308<br>**Jonesbrough, TN  37659** | | | law suit filed/countersuit | X | X | X | 42,219.23 |

<u>10</u>   Continuation sheets attached

                                                                     Subtotal ➤  | $ | 73,871.48 |

                                                                        Total ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  <u>Gary Phillips Construction, LLC</u>                    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bakers Construction Services**<br>**PO Box 417**<br>**Piney flats, TN  37686** | | | | X | X | X | 4,997.77 |
| ACCOUNT NO.<br><br>**Bobcat of Mt. Empire**<br>**PO Box 3856**<br>**Johnson City, TN  37602** | | | | | | | 700.00 |
| ACCOUNT NO.<br><br>**Braken Paving**<br>**PO Box 926**<br>**Blountville, TN  37617** | | | | | | | 45,311.00 |
| ACCOUNT NO.<br><br>**Builders First Source**<br>**PO Box 402616**<br>**Atlanta, GA  30384-2616** | | | | | | | 5,892.59 |
| ACCOUNT NO.<br><br>**CES Electrical Supply**<br>**PO Box 16886**<br>**Greensboro, NC  27416** | | | | | | | 15,087.79 |

Sheet no.  <u>1</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                   **71,989.15**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Phillips Construction, LLC**                                    Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Cline Holder Electric Supply PO Box 1660 Elizabethton, TN  37644-1660** | | | | X | X | X | 22,407.00 |
| ACCOUNT NO.  **Cox Interior, Inc. 1751 Old Columbia Road Campbellsville, KY  42718** | | | | | | | 1,006.02 |
| ACCOUNT NO.  **Delta Gymsum PO Box 752113 Charlotte, NC  28275-2113**  **Edward Brading, Esq. 104 E. Main St. Johnson City, TN  37604** | | | **Judgment entered 11/9/10 - appealed 11/19/10** | X | X | X | 10,509.66 |
| ACCOUNT NO.  **Dominion Truss PO Box 2287 Abingdon, VA  24210** | | | | X | X | X | 23,943.28 |

Sheet no. _2_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   **57,865.96**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Gary Phillips Construction, LLC</u>                            Case No. _____
                           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DT Wood Engineering, Inc.**<br>**409 Green Valley Dri.**<br>**Johnson City, TN  37601** | | | | X | X | X | **12,000.00** |
| ACCOUNT NO.<br><br>**East Tenn Rent-Alls**<br>**3711 Bristol Highway**<br>**Johnson City, TN  37601** | | | | | | | **500.00** |
| ACCOUNT NO.<br><br>**East Tn Casework**<br>**2218 Dry Creek Road**<br>**Johnson City, TN 37604** | | | | | | | **2,931.00** |
| ACCOUNT NO.<br><br>**East TN Sprinkler**<br>**PO Box 1204**<br>**Johnson City, TN  37605** | | | | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Ferguson Enterprises, Inc.**<br>**PO Box 4148**<br>**Johnson City, TN  37602** | | | | | | | **18,000.00** |

Sheet no. _3_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                      **38,431.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Gary Phillips Construction, LLC</u>                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Free Service Tire Stores**<br>**PO Box 1637**<br>**Johnson City, TN  37605** | | | | | | | **2,797.18** |
| ACCOUNT NO.<br><br>**G&S Trees**<br>**PO Box 686**<br>**Elk Park, NC  28622** | | | | | | | **4,320.00** |
| ACCOUNT NO.<br><br>**General Shale**<br>**PO Box 71917**<br>**Chicago, IL  60694-1917** | | | | | | | **47,695.11** |
| ACCOUNT NO.<br><br>**Heritage Propane**<br>**PO Box 900**<br>**Johnson City, TN 37605-0900** | | | | X | X | X | **1,002.81** |
| ACCOUNT NO.<br><br>**Highlands Engineering**<br>**2700 S. Roan St. Suite 212**<br>**Johnson City, TN 37601** | | | | | | | **1,285.00** |

Sheet no. <u>4</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **57,100.10**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Phillips Construction, LLC**                                    Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Joey Sharrett**<br>**234 Wildwood Dr.**<br>**Bristol,  TN  37620** | | | | | | | **3,500.00** |
| ACCOUNT NO.<br><br>**Lowes**<br>**PO Box 530954**<br>**Atlanta, GA  30353** | | | | | | | **37,414.32** |
| ACCOUNT NO.<br><br>**McClain's Pest Control**<br>**1830 West Elk Ave**<br>**Elizabethton, TN  37643** | | | | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Norandex**<br>**750 Industrial Pk Rd**<br>**Piney Flats, TN  37686** | | | | | | | **5,079.91** |
| ACCOUNT NO.<br><br>**Pop a Lock**<br>**114 Judge Gresham Rd.**<br>**Gray, TN  37615** | | | | | | | **1,436.00** |

Sheet no. <u>5</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                      **52,430.23**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Phillips Construction, LLC**                                   Case No. _____
                                  **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Powell Construction**<br>**3622 Bristol Highway**<br>**Johnson City, TN 37601** | | | | | | | **1,497.50** |
| ACCOUNT NO.<br><br>**Preston McNees**<br>**720 Rolling Hills Drive**<br>**Johnson City, TN  37604**<br><br>**Edward T. Brading, Esq.**<br>**104 E. Main Street**<br>**Johnson City, TN  37604** | | | **Judgment entered 11/9/10/ Appealed 11/19/10** | | | | **9,623.11** |
| ACCOUNT NO.<br><br>**Probuild**<br>**691 Suncrest Dr.**<br>**Gray, TN  37615**<br><br>**Arthur M. Fowler, III, Esq.**<br>**130 East Market St.**<br>**Johnson City, TN  37604** | | | **Lien claimant under TCA 66-11-101 as recorded** | X | X | X | **118,000.00** |
| ACCOUNT NO.<br><br>**Public Drainage Supply**<br>**260 Shanks Rd.**<br>**Blountville, TN  37617** | | | | | | | **7,402.00** |

Sheet no.  6 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $              **136,522.61**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Phillips Construction, LLC**                                    Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 111,940.00 |
| **Regions Bank** **PO Box 11407** **Birmingham, AL  35246-0054** **Walter Winchester, Esq.** **Winchester, Sellers, Foster** **Suite 1000 First TN Plaza** **800 S. Gay Street** **Knoxville, TN  37929-9701** | | | **Allison Hills #44 (482 Grovemont) (Deed Released)** | | | | |
| ACCOUNT NO. | | | | | | | 23,683.65 |
| **Roniel Childress/Childress Heating** **A/C & Refrigeration** **c/o J. Wesley Edens, Esq.** **900 Anderson St.** **Bristol, TN  37620** | | | **Law suit filed/countersuit** | | | | |
| ACCOUNT NO. | | | | | | | 4,000.00 |
| **Scott Curtis Siding** **250 Miller Rd** **Jonesborough, TN 37659** | | | | | | | |
| ACCOUNT NO. | | | | | | | 10,774.79 |
| **Sherwin Williams** **108 Mountcastle Dr.** **Johnson City, TN 37601-2522** | | | | | | | |

Sheet no.  7 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                    **150,398.44**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Phillips Construction, LLC** _____          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Stowers**<br>**PO Box 14802**<br>**Knoxville, TN  37914** | | | **lien filed 11/10/10 in Washington County - Cardinal Forest lots-not where equipment was used.** | X | X | X | **20,001.00** |
| ACCOUNT NO. <br><br>**Summers Taylor**<br>**PO Box 1628**<br>**Elizabethton, TN  37644-1628** | | | | | | | **14,223.98** |
| ACCOUNT NO. <br><br>**Sun Windows**<br>**PO Box 1329**<br>**Owensboro, KY 42302** | | | | | | | **41,223.98** |
| ACCOUNT NO. <br><br>**Superior Distribution Co.**<br>**PO Box 248**<br>**Piney Flats, TN  37686** | | | | | | | **2,453.27** |
| ACCOUNT NO. <br><br>**The Sign Factory**<br>**3117 Bristol Highway**<br>**Johnson City, TN 37601** | | | | | | | **7,345.00** |

Sheet no.  8 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $    **85,247.23**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Gary Phillips Construction, LLC</u>                     Case No. _____
                                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tim Phillips**<br>**514-A- Pilgrim Court**<br>**Johnson City, TN  37601** | | | | | | | **17,000.00** |
| ACCOUNT NO.<br>**Transit Mix Concrete Co., Inc.**<br>**PO Box 1275**<br>**Johnson City, TN  37605-1275** | | | | | | | **120,273.74** |
| ACCOUNT NO.<br>**Triple R, Inc.**<br>**1056 Suncrest Drive**<br>**Gray, TN  37615** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**USA Aggregates**<br>**PO Box 2389**<br>**Knoxville, TN  37901** | | | | X | X | X | **27,025.00** |
| ACCOUNT NO.<br>**Volunteer Oil**<br>**PO Box 1099**<br>**Johnson City, TN  37605** | | | | | | | **5,600.00** |

Sheet no. _9_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   **169,898.74**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Gary Phillips Construction, LLC_____          Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Winco** **1200 Indian ridge Rd** **Johnson City, TN  37604** | | | | | | | **4,812.00** |

Sheet no.  10 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $  **4,812.00**

Total ➢ $  **898,566.94**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re:  **Gary Phillips Construction, LLC**                           Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Adam Brooks**<br>**444 Old Grist Mill**<br>**Gray, TN  37659** | **rental lease** |
| **Arlene Jarvis**<br>**c/o Crye-Leike Realtors**<br>**128 Princeton Rd, Suite #2**<br>**Johnson City, TN  37601** | **real estate contract to close by 1/15/11 for 421 Brook Side Drive** |
| **Barbara Marshall**<br>**341 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **Betty Little**<br>**704 Willow Springs Rd.**<br>**Elizabethton,TN 37643** | **contract to purchasse real estate - Lot 6 Riverstone** |
| **Bill and Angie Brown**<br>**c/o Stephanie Conner, Broker/Crye-L**<br>**128 Priceton Rd, Suite #2**<br>**Johnson City, TN  37601** | **real estate contract to purchase 952 Allison Road (custom)** |
| **Blake Cantwell**<br>**448 Old Grist Mill**<br>**Gray, TN  37659** | **rental lease** |
| **Douglas Stanley**<br>**317 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **Elliott and Angelique Wellch**<br>**125 Bernie Lewis Road**<br>**Elizabethton, TN  37643** | **real estate contract to purchase MB-13 - 500 Brook Side Drive (custom)** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re:  **Gary Phillips Construction, LLC** _____.          Case No. _____
                                   **Debtor**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Harold Lynn Barnes**<br>**984 Allison Road**<br>**Piney Flats, TN  37686** | **rental lease** |
| **Jack Nuckolls**<br>**438 Old Grist Mill**<br>**Gray, TN  37659** | **rental lease** |
| **Janine Dischert**<br>**345 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **Jason Hall**<br>**349 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **Jeremy Frazier**<br>**449 Old Grist Mill**<br>**Gray, TN  37659** | **rental lease** |
| **Josh White**<br>**309 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **Laura Tomlinson**<br>**c/o Stephanie Conner, Broker**<br>**128 Priceton Rd, Suite #2**<br>**Johnson City, TN  37601** | **contract to purchase real estate 397 Old Grist Mill Blvd to close 12/9/10** |
| **Michael Wagner**<br>**313 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Gary Phillips Construction, LLC**                              .          Case No. _____
                               **Debtor**                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Myreon Martin**<br>**325 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **Rebecca White**<br>**5 Shelldrake**<br>**Johnson City, TN  37601** | **real estate contract to purchase property 77 Durham (custom)** |
| **Renouvs Spa**<br>**c/o Stephanie Conner, Broker**<br>**128 Priceton Rd, Suite #2**<br>**Johnson City, TN  37601** | **contract to purchase property - Coldwater Cove Land** |
| **Robert Alworth**<br>**321 Coldwater Drive**<br>**Johnson City, TN  37601** | **rental lease** |
| **William Barrett**<br>**431 Old Grist Mill**<br>**Gray, TN  37659** | **rental lease** |
| **Zach & Katherine Fillers**<br>**1310 Woodbury Drive**<br>**Knoxville, TN  37912** | **real estate contract to purchase AH-44 - 482 Grovemont -closing 12/15/10** |

**B6H (Official Form 6H) (12/07)**

In re: **Gary Phillips Construction, LLC**                          Case No. _____
_____                                              **(If known)**
                        **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**B6 Summary (Official Form 6 - Summary) (12/07)**

### United States Bankruptcy Court

### Eastern District of Tennessee

In re  **Gary Phillips Construction, LLC**                              ,        Case No. _____

                                         Debtor                              Chapter    11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 3 | $    12,815,389.00 | | |
| B - Personal Property | YES | 4 | $       440,308.85 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $    6,663,052.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $        52,780.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $       898,566.94 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 32 | $    13,255,697.85 | $    7,614,399.27 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Gary Phillips Construction, LLC**                              Case No. _____

                                    **Debtor**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Gary Phillips**, the **Sole-Member** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of  **34**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.


Date   **12/3/2010**_____          Signature:   **s/ Gary Phillips**_____

                                                           **Gary Phillips Sole-Member**_____
                                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and
3571.*

Sherwin Williams
108 Mountcastle Dr.
Johnson City, TN  37601-2522


General Shale
PO Box 71917
Chicago, IL  60694-1917


Braken Paving
PO Box 926
Blountville, TN  37617


Sun Windows
PO Box 1329
Owensboro, KY 42302


Lowes
PO Box 530954
Atlanta, GA  30353


Bill and Angie Brown
c/o Stephanie Conner, Broker
128 Priceton Rd, Suite #2
Johnson City, TN  37601


Ferguson Enterprises, Inc.
PO Box 4148
Johnson City, TN  37602


Tim Phillips
514-A- Pilgrim Court
Johnson City, TN  37601


Transit Mix Concrete Co., Inc.
PO Box 1275
Johnson City, TN  37605-1275

Summers Taylor
PO Box 1628
Elizabethton, TN  37644-1628


Norandex
750 Industrial Pk Rd
Piney Flats, TN  37686


31 W Insulation
PO Box 306010
Nashville, TN  37230-6010


Preston McNees
720 Rolling Hills Drive
Johnson City, TN  37604


Public Drainage Supply
260 Shanks Rd.
Blountville, TN  37617


The Sign Factory
3117 Bristol Highway
Johnson City, TN 37601


A Grant Dunn
2602 Upper Middle Creek Rd.
Sevierville, TN 37876


Builders First Source
PO Box 402616
Atlanta, GA  30384-2616


Volunteer Oil
PO Box 1099
Johnson City, TN  37605

All Seasons Insulation
501 Rolling Hills Drive
Johnson City, TN  37604-5353


CES Electrical Supply
PO Box 16886
Greensboro, NC  27416

31 W Insulation
PO Box 306010
Nashville, TN  37230-6010


A Grant Dunn
2602 Upper Middle Creek Rd.
Sevierville, TN 37876


ABC Supply
301 Perimeter Point Blvd
Winston Salem, NC  27105-3543


Adam Brooks
444 Old Grist Mill
Gray, TN  37659


All Seasons Insulation
501 Rolling Hills Drive
Johnson City, TN  37604-5353


Arlene Jarvis
c/o Crye-Leike Realtors
128 Princeton Rd., Suite #2
Johnson City, TN  37601


Arthur M. Fowler, III, Esq.
130 East Market St.
Johnson City, TN  37604


Arthus S. Roberts/Country Air
Construction
c/o Thomas J. Seeley, III, Esq.
PO Box 308
Jonesbrough, TN  37659


Bakers Construction Services
PO Box 417
Piney flats, TN  37686

```
Barbara Marshall
341 Coldwater Drive
Johnson City, TN  37601




Betty Little
704 Willow Springs Rd.
Elizabethton,TN 37643




Bill and Angie Brown
c/o Stephanie Conner, Broker
128 Priceton Rd, Suite #2
Johnson City, TN  37601




Blake Cantwell
448 Old Grist Mill
Gray, TN  37659




Bobcat of Mt. Empire
PO Box 3856
Johnson City, TN  37602




Braken Paving
PO Box 926
Blountville, TN  37617




Builders First Source
PO Box 402616
Atlanta, GA  30384-2616




CES Electrical Supply
PO Box 16886
Greensboro, NC  27416




Citizens Bank
PO Box 1900
Elizabethton, TN  37643
```

```
Cline Holder Electric Supply
PO Box 1660
Elizabethton, TN  37644-1660



Commercial Bank
PO Box 400
Harrogate, TN   37752-0400



Cox Interior, Inc.
1751 Old Columbia Road
Campbellsville, KY  42718



De Lage Landen
PO Box 41601
P:hiladelphia, PA  19101



De Lage Landen
PO Box 41601
Philadelphis, PA  19101-1601



Delta Gymsum
PO Box 752113
Charlotte, NC  28275-2113



Dominion Truss
PO Box 2287
Abingdon, VA  24210



DT Wood Engineering, Inc.
409 Green Valley Dri.
Johnson City, TN  37601



East Tenn Rent-Alls
3711 Bristol Highway
Johnson City, TN  37601
```

East Tn Casework
2218 Dry Creek Road
Johnson City, TN 37604


East TN Sprinkler
PO Box 1204
Johnson City, TN  37605


Edward Brading, Esq.
104 E. Main St.
Johnson City, TN  37604


Edward T. Brading, Esq.
104 E. Main Street
Johnson City, TN  37604


Elliott and Angelique Wellch
125 Bernie Lewis Road
Elizabethton, TN  37643


Ferguson Enterprises, Inc.
PO Box 4148
Johnson City, TN  37602


First Bank & Trust
PO Box 1000
Abingdon, VA 24212


Free Service Tire Stores
PO Box 1637
Johnson City, TN  37605


First TN Bank
PO Box 31
Memphis, TN  38101-0031

```
G&S Trees
PO Box 686
Elk Park, NC   28622




General Shale
PO Box 71917
Chicago, IL   60694-1917




Harold Lynn Barnes
984 Allison Road
Piney Flats, TN   37686




Heritage Propane
PO Box 900
Johnson City, TN 37605-0900




Highlands Engineering
2700 S. Roan St. Suite 212
Johnson City, TN 37601




Internal Revenue Service
PO Box 21126
Philadelphia, PA   19114




Jack Nuckolls
438 Old Grist Mill
Gray, TN   37659




Janine Dischert
345 Coldwater Drive
Johnson City, TN   37601




Jason Hall
349 Coldwater Drive
Johnson City, TN   37601
```

Jeremy Frazier
449 Old Grist Mill
Gray, TN  37659


Joey Sharrett
234 Wildwood Dr.
Bristol,  TN  37620


Josh White
309 Coldwater Drive
Johnson City, TN  37601


Lowes
PO Box 530954
Atlanta, GA  30353


McClain's Pest Control
1830 West Elk Ave
Elizabethton, TN  37643


Michael Wagner
313 Coldwater Drive
Johnson City, TN  37601


Myreon Martin
325 Coldwater Drive
Johnson City, TN  37601


Norandex
750 Industrial Pk Rd
Piney Flats, TN  37686


Patricia C. Foster
Office of the Untied States Trustee
800 Market St., Suite 114
Knoxville, TN  37902

Pop a Lock
114 Judge Gresham Rd.
Gray, TN  37615


Powell Construction
3622 Bristol Highway
Johnson City, TN 37601


Preston McNees
720 Rolling Hills Drive
Johnson City, TN  37604


Probuild
691 Suncrest Dr.
Gray, TN  37615


Public Drainage Supply
260 Shanks Rd.
Blountville, TN  37617


Rebecca White
5 Shelldrake
Johnson City, TN  37601


Regions Bank
PO Box 11407
Birmingham, AL  35246-0054


Regions Bank
PO Box 11407
Birmingham, AL  35246-0054


Robert Alworth
321 Coldwater Drive
Johnson City, TN  37601

Roniel Childress/Childress Heating
A/C & Refrigeration
c/o J. Wesley Edens, Esq.
900 Anderson St.
Bristol, TN  37620


Scott Curtis Siding
250 Miller Rd
Jonesborough, TN 37659



Sherwin Williams
108 Mountcastle Dr.
Johnson City, TN  37601-2522



Stowers
PO Box 14802
Knoxville, TN  37914



Summers Taylor
PO Box 1628
Elizabethton, TN  37644-1628



Sun Windows
PO Box 1329
Owensboro, KY 42302



Superior Distribution Co.
PO Box 248
Piney Flats, TN  37686



The Sign Factory
3117 Bristol Highway
Johnson City, TN 37601



Tim Phillips
514-A- Pilgrim Court
Johnson City, TN  37601

```
Transit Mix Concrete Co., Inc.
PO Box 1275
Johnson City, TN  37605-1275




Triple R, Inc.
1056 Suncrest Drive
Gray, TN  37615




Tri-Summit Bank
PO Box 628
Kingsport, TN  37662




TruPoint
PO Box 1010
Grundy, VA  24614




United States Attorney
James H. Quillen US Courthouse
220 W. Depot St, Suite 423
Greeneville, TN  37743




USA Aggregates
PO Box 2389
Knoxville, TN  37901




Volunteer Oil
PO Box 1099
Johnson City, TN  37605




Walter Winchester, Esq.
Winchester, Sellers, Foster
Suite 1000 First TN Plaza
800 S. Gay Street
Knoxville, TN  37929-9701


William Barrett
431 Old Grist Mill
Gray, TN  37659
```

Winco
1200 Indian ridge Rd
Johnson City, TN  37604


Zach & Katherine fillers
1310 Woodbury Drive
Knoxville, TN  37912

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF TENNESSEE

IN RE:

**Gary Phillips Construction, LLC**

Case No.:_____

Debtor(s)

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **12/3/2010**

**s/ Gary Phillips**_____
Debtor

**/s/Fred M. Leonard**_____
Attorney for Debtor(s)